Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
mcarruth@klinedinstlaw.com

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG YI,<br><br>            Plaintiff,<br><br>     v.<br><br>MARRIOTT INTERNATIONAL, INC.; and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No.   3:18-CV-05637-EDL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom:         E<br>Magistrate Judge: Hon. Elizabeth D. Laporte<br>Trial Date:          None set |

Pursuant to Local Rules 5 and 6-1(a), Plaintiff Jung Yi and Defendant Marriott International, Inc. hereby stipulate as follows:

Plaintiff Jung Yi shall dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) as the parties have reached a settlement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

The Parties further stipulate that the Court shall retain ancillary jurisdiction to enforce the terms of and compliance with the settlement agreement.

KLINEDINST PC

DATED: December 11, 2018     By:   */s/ Michael W. Carruth*
                                                  Ian A. Rambarran
                                                  Michael W. Carruth
                                                  Attorneys for Defendant
                                                  MARRIOTT INTERNATIONAL, INC.

LAW OFFICE OF JAMES FARINARO

DATED: December 11, 2018     By:   */s/ James Farinaro*
                                                  James Farinaro
                                                  Attorneys for Plaintiff
                                                  JUNG YI

## **ATTESTATION**

In compliance with Federal Rule 5, Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

                                                             */s/ Michael W. Carruth*

17448520v1

1  Ian A. Rambarran, Bar No. 227366
   Michael W. Carruth, Bar No. 249263
2  KLINEDINST PC
   801 K Street, Suite 2100
3  Sacramento, California 95814
   (916) 444-7573/FAX (916) 444-7544
4  mcarruth@klinedinstlaw.com

5  Attorneys for Defendant
   MARRIOTT INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG YI, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC.; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 3:18-CV-05637-EDL <br><br> ~~[PROPOSED]~~ **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Courtroom: E <br> Magistrate Judge: Hon. Elizabeth D. Laporte <br> Trial Date: None set |

### ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION** filed and served on December 11, 2018 [Document No. __]**,**

IT IS HEREBY ORDERED that Plaintiff Jung Yi's Complaint shall be dismissed with prejudice pursuant to Federal Rule Civil Procedure 41(a)(2) and this Court shall retain ancillary jurisdiction to enforce the terms of and compliance with the settlement agreement.

DATED: December 17, 2018

*/s/ Elizabeth D. Laporte*
UNITED STATES MAGISTRATE JUDGE

17448522v1